# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Steven J. Malnick and Brenda M. Malnick | BKY. NO. 12-07161 MDF |
| Debtor(s) | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of COLONIAL SAVINGS F.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1069

                                               Respectfully submitted,

                                               **/s/ Thomas Puleo**
                                               Thomas Puleo, Esquire
                                               James C. Warmbrodt, Esquire
                                               KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 825-6306  FAX (215) 825-6406
                                             Attorney for Movant/Applicant