UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    STEVEN J. MALNICK                                           Case No.: 1-12-07161-RNO
    BRENDA M. MALNICK                                        Chapter 13
            Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                        **MORTGAGE INFORMATION**
Creditor Name:                  COLONIAL SAVINGS
Court Claim Number:         15
Last Four of Loan Number:   1069
Property Address if applicable:   910 WAKEFIELD AVENUE, MECHANICSBURG, PA 17055

**PART 2:**                        **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a.   Allowed prepetition arrearages:                                  $50.00
b.   Prepetition arrearages paid by the Trustee:                 $50.00
c.   Amount of postpetition fees, expenses, and charges recoverable
      Under Bankruptcy Rule 3002.1(c):                              $0.00
d.   Amount of postpetition fees, expenses, and charges recoverable
      Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:   $0.00
e.   Allowed postpetition arrearage:                                   $0.00
f.   Postpetition arrearages paid by the Trustee:                    $0.00
g.   Total b, d, f:                                                              $50.00

**PART 3:**                        **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                   **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

  To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies
  of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: September 13, 2018

Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:
    STEVEN J. MALNICK                        Case No.: 1-12-07161-RNO
    BRENDA M. MALNICK                   Chapter 13
          Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 13, 2018, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| LAWRENCE G. FRANK, ESQUIRE<br>100 ASPEN DR<br>DILLSBURG PA, 17019- | SERVED ELECTRONICALLY |
| COLONIAL SAVINGS, F.A<br>ATTN: BANKRUPTCY<br>2626B WEST FREEWAY<br>FORT WORTH, TX, 76102 | SERVED BY 1ST CLASS MAIL |
| STEVEN J. MALNICK<br>BRENDA M. MALNICK<br>910 WAKEFIELD AVENUE<br>MECHANICSBURG, PA 17055 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 13, 2018
                                   s/ Donna Schott
                                     Charles J. DeHart, III, Trustee
                                     Standing Chapter 13 Trustee
                                     Suite A, 8125 Adams Drive
                                     Hummelstown, PA 17036
                                     Phone: (717) 566-6097
                                     Fax: (717) 566-8313
                                     eMail: dehartstaff@pamd13trustee.com