Certificate Number: 06531-PAM-DE-031592660

Bankruptcy Case Number: 12-07161



06531-PAM-DE-031592660

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 10, 2018</u>, at <u>10:47</u> o'clock <u>AM CDT</u>, <u>Steven J Malnick</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 10, 2018</u>　　By: <u>/s/Stephanie Kjetland</u>

　　　　　　　　　　　　　　　　Name: <u>Stephanie Kjetland</u>

　　　　　　　　　　　　　　　　Title: <u>Credit Counselor</u>