```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 12-07161-RNO
Steven J. Malnick                                               Chapter 13
Brenda M. Malnick
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: KADavis          Page 1 of 1          Date Rcvd: Nov 19, 2018
                              Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.
db/jdb         +Steven J. Malnick,    Brenda M. Malnick,    910 Wakefield Avenue,    Mechanicsburg, PA 17055-5773

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gregory R. Lyons    on behalf of Asst. U.S. Trustee    United States Trustee
               ustpregion03.ha.ecf@usdoj.gov
              James Warmbrodt    on behalf of Creditor    Colonial Savings, F.A. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Colonial Savings, F.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence G. Frank    on behalf of Debtor 1 Steven J. Malnick lawrencegfrank@gmail.com,
               trusteefrank@gmail.com
              Lawrence G. Frank    on behalf of Debtor 2 Brenda M. Malnick lawrencegfrank@gmail.com,
               trusteefrank@gmail.com
              Thomas I Puleo    on behalf of Creditor    Colonial Savings, F.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Steven J. Malnick,

**Debtor 1**

Brenda M. Malnick,

**Debtor 2**

Chapter 13

Case No. 1:12–bk–07161–RNO

Social Security No.:
xxx–xx–4259    xxx–xx–5800

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 19, 2018

By the Court,

*/s/ Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

**fnldec** (05/18)